IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI, | : : : | Civil Action No. 4:20-cv-00924 |
| Plaintiffs | : : | |
| v. | : : | |
| SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE, Defendants | : : : : | JURY TRIAL DEMANDED |

**REQUEST FOR ENTRY OF DEFAULT**

Comes Now, Plaintiffs, Kazi Management Saint Croix, LLC and Zubair Kazi, by and through counsel, Forest Dean Morgan, Esquire, and hereby request the Clerk to enter a default against the defendant, United Fuel Supply SA, LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

 _/s/_ Forest Dean Morgan
Forest Dean Morgan, Esquire
PA Bar # 203088
The Morgan Law Firm
151 W. Chocolate Ave, Suite 145
PO Box 767
Hershey, PA 17033-0767
717-220-4300
(fax) 717-585-6574
dean@fdeanmorgan.com
Attorney for Plaintiffs