IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI,<br>    Plaintiffs<br><br>v.<br><br>SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE,<br>    Defendants | Civil Action No. 4:20-cv-00924<br><br><br><br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**

I, Forest Dean Morgan, Esquire, declare under penalty of perjury the following facts are true and correct to the best of my information and belief:

1. I am the Attorney for the Plaintiffs in this action.

2. A Complaint was filed herein on March 13, 2020.

3. On March 13, 2020, Plaintiffs requested Defendants Santiago Garcia Gutierrez (GARCIA), Universal Investments & Trading, LLC (UIT), and United Fuel Supply SA, LLC (UFS SA) waive service of a summons by fully complying with F.R.C.P. 4(d) via first class mail delivered as follows:

    a. To multiple addresses believed to be the home or possible home of Santiago Garcia Gutierrez.

    b. To the registered agent of Universal Investments & Trading, LLC

    c. To the office of United Fuel Supply SA, LLC and to the home address of the Registered Agent, Santiago Garcia Gutierrez.

4. On March 16, 2020, this Court scheduled a Pre-Trial Conference for July 17, 2020 at 2:00 p.m.

5. All documents mailed to Defendants as set forth in Paragraph 3 were returned by the United States Postal Service as undeliverable to the addressed defendant.

6. No named Defendants waived service.

7. On April 28, 2020, Plaintiffs requested issuance of a summons.

8. On April 29, 2020, Summonses were issued as to Garcia, UIT, and UFS SA.

9. On June 16, 2016, upon Plaintiffs' Motion for Substituted Service, the Court granted Plaintiffs' Motion and permitted substituted service.

10. Service upon Santiago Garcia Gutierrez, in his individual capacity, was made by publication in the Los Angeles Times, a newspaper in General Circulation on: July 1, 2020; July 12, 2020; July 19, 2020, and July 26, 2020. Proof of Publication is attached hereto as *Exhibit A.*

11. Service upon Santiago Garcia Gutierrez, in his individual capacity, was made by publication in the Houston Chronicle, a newspaper in General Circulation on: July 8, 2020; July 15, 2020; July 22, 2020, and July 29, 2020. Proof of Publication is attached hereto as *Exhibit B.*

12. Service upon Universal Investments and Trading, LLC was made by Service upon the Secretary of State in compliance with the Title 2.6 of the California Corporations Code, Section 17701.16(c) on August 7, 2020. A true and correct Affidavit of Service is attached hereto as *Exhibit C.*

13. Service upon United Fuel Supply SA, LLC and Santiago Garcia Gutierrez as Agent, was made by the Texas Secretary of State on August 3, 2020 pursuant to Section

17.044(2) of the Texas Civil Practice and Remedies Code. True and correct copies of Certificates of Service are attached hereto as **Exhibit D.**

14. More than 21 days have elapsed since the defendant in this action was served and the defendant has failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure.

15. The Defendants in this case are neither minor nor incompetent.

16. The claim in this matter is for a sum which can be made certain of $2,739,789.27 as set forth in the Paragraphs 59 through 96 of the Complaint.

                                                                                  Forest Dean Morgan, Esquire
                                                                                        Attorney for Plaintiffs

Sworn and Subscribed before me
This 1st day of Sept, 2020

Notary Public

Commonwealth of Pennsylvania - Notary Seal
ANN G MUDGETT - Notary Public
Dauphin County
My Commission Expires Sep 23, 2021
Commission Number 1117027

3

Exhibit A

Case 4:20-cv-00924 Document 10-1 Filed on 09/01/20 in TXSD Page 5 of 17

Los Angeles Times

Ad Number: 7704466-1
Insertion Number:
Size: 2 x 1
Color Type: B&W

Client Name: The Morgan Law Firm
Advertiser:
Section/Page/Zone: Legal/B004/LA
Description: Self Service Multi-Product Purchase

Publication Date: 07/01/2020

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# The fight for a 'good death' in racist society



AS A death doula, Alua Arthur has spent a lot of time thinking about what a "good death" means — how racism can affect how people die. She and others in the field recently led a public discussion about the topic.

FRANCINE ORR Los Angeles Times

[Death, from B1]

Arthur, who has been interviewed for print pieces and videos, made TV appearances and given speeches on death doula work. "But Black people and people of color are not a monolith, and it's very important that other people join in this conversation."

The idea behind the broader death positivity movement is that discussing death and actively preparing for one's demise can lead to a richer, fuller and freer life, even if death is not imminent. And the numbers are growing. A community deathcare group on Facebook has more than 8,000 members. The Order of the Good Death Facebook group has been "liked" by more than 150,000 people.

Death doulas in particular have seen a surge in popularity as more people approaching the end of their lives seek practical and emotional support. Just as birth doulas prepare patients for delivery, death doulas help people prepare for death, often with a spiritual bent. That can include helping clients decide what songs they would like to have playing during their final hours or, on a more practical level, working with someone on their advance directives and wills. A death doula's work differs from hospice care in that it is independent of any medical system. The hashtag #deathdoula pulls up more than 19,000 posts on Instagram, while #deathpositive pulls up 60,000.

As a death doula, Arthur has spent a lot of time thinking about what a "good death" means — how racial bias and racism can both be the cause of death and affect how people die, just as it affects how we all live. During the "Sayin' It Louder" talk, she and the other panelists discussed how a "good death" is often synonymous with a white death. "The American dream is shaped by the white experience," Arthur said, "and the way we conceive of a good death is largely based on the values we hold for living a good life."

For many, a "good life" ends with excellent medical care. However, it has been well documented that the medical field is rife with implicit racial bias. A review from 2017 in the Academic Emergency Medicine journal found that physicians, specifically white physicians, have a preference for white patients.

An example of the disparity is the way in which pain medication is administered to Black patients. A National Institutes of Health meta-analysis from 2012 synthesized and assessed 20 years of pain treatment in the United States. It found that Black people received less pain medication than other groups.

Oceana Sawyer is an end-of-life doula based in the Bay Area and was one of the "Sayin' It Louder" panelists. Part of Sawyer's job as a doula is to push against racial biases and advocate for her clients as they approach death.

"I was working with a woman who was dying," she said, and "I had to convince the hospice nurse to give her [more] morphine, they were giving her those small bits of morphine."

Her client, she added, was in severe discomfort. "I didn't want her to be fighting for air. That doesn't happen when I work with white people."

The medical inequities, said Sawyer and the rest of the panel, have taken on a new urgency in recent months. The COVID-19 pandemic has disproportionately affected communities of color. APM's research lab found that Black Americans have experienced the highest overall mortality rates as a result of COVID-19. In California, Black people are dying at twice the rate of white people.

"The sheer stress of being born into a racist society, and the resulting psychological, emotional and physical stresses, will make the body more susceptible to illness like the coronavirus," Sawyer said.

Racial bias continues after death too. During the "Sayin' It Louder" talk, Joél Simone Anthony, a Black funeral director and sacred grief practitioner based in Atlanta, brought up racial discrepancies she has witnessed.

"I used to work in a funeral home with a lot of white male professionals," Anthony said. "A woman came in who had died and she had box braids. The family decided that, for the funeral, they wanted her braids taken out. They wanted to remember her with her natural hair."

Anthony later found a director of the funeral home cutting the box braids out of the woman's hair at her scalp — cutting all her hair off. He didn't know the difference between removing braids and cutting them out.

In an effort to inform her colleagues and other funeral directors, Anthony has developed online cultural competency courses for funeral professionals. "They are designed to educate professionals about caring for black people's hair and skin," she said.

A major part of death positive work is focused on honoring and respecting the person who is dying. Small gestures can be deeply meaningful and differ depending on one's cultural background.

"I was working with a client called Ms. Beverly Lescock," Arthur said. "Ms. Beverly is Black, and I understand nuances of being with her, like calling her Ms. Beverly, rather than calling her by [only] her first name, that's something we do in the Black community. It's an important sign of respect."

Though the work of a death doula may ostensibly seem quiet, peaceful and calm, it's far from passive. Arthur said she considers herself to be an activist.

"In my work, I advocate for the whole person," she said. "I am honoring the person for exactly who they are and where they are at — it's activism cloaked in compassion. To me that's an act of revolution."

A very different type of death, that of Black people at the hands of police officers, has ushered in a new era of revolution.

The deaths of Floyd, Rayshard Brooks and others have galvanized action, protests and change. But they have also ushered in a period of intense national mourning.

"People are grieving humans that they have never met and will never meet," said Allen Forneret, a grief guide who was also part of the "Sayin' It Louder" panel.

And the experience of grief right now in the Black community can be overwhelming. "Our experience with trauma is different," Forneret said. "We are carrying so much right now, our burdens are different."

'We are carrying so much right now, our burdens are different.'
— ALICA FORNERET,
a grief guide, referring to grief in the Black community

For Forneret, it's those burdens that make forums like the "Sayin' It Louder" panel so meaningful.

"When I'm on a call with a bunch of Black women working in the death space, I am speaking differently," she said. "I'm expressing myself differently because it's a safe environment."

Arthur sees parallels between the end-of-life work she does as a death doula and the collective experience of grief and loss so many are currently feeling.

"It started with the coronavirus pandemic," Arthur said. But now, the deeper, more systemic disease of racism is being properly recognized. "Somebody just got a diagnosis they were not prepared for, but hopefully it will lead to the death of an old ideology."

---

# Death row inmate at San Quentin dies in outbreak

[Inmates, from B1]

deep sense of focus and concern right now," Newsom said.

The governor also said he is working to release an additional 3,500 inmates across the state's prisons after a similar move at the start of the coronavirus crisis.

"We are working with many advocates in the courts and others," Newsom said, noting that the California Department of Corrections and Rehabilitation is "looking at medical conditions of our prisoners, those that are most vulnerable."

He said the state wants to ensure that all inmates have places to go before they are released.

Unlike other prisons in California, San Quentin had escaped any coronavirus outbreak until early June. But 121 inmates were moved there from the Chino prison on May 30.

The California Institution for Men, an early hotbed of coronavirus cases in the state's prison system, has reported the deaths of 16 inmates. Statewide, 22 inmates have died of virus-related illnesses and more than 4,800 have tested positive.

Inmates in Chino who did not test positive and are medically vulnerable were transferred to other prisons, including San Quentin and Corcoran. The transfers ignited outbreaks at both prisons, with a federal judge calling the moves a significant failure.

Stitely had been on death row at San Quentin for nearly three decades since being sentenced for the 1990 rape and murder of Carol Unger, 47, who was last seen leaving a Reseda bar with him.

He was one of 725 death row inmates housed at the Bay Area prison. Of those, nearly 200 have tested positive for the coronavirus.

Stitely's official cause of death is still pending additional investigation, according to Marin County sheriff-coroner's officials.

Newsom on Monday acknowledged the role the transfers have played in the San Quentin outbreak.

"It looks and appears to be the case. Again, we're still getting through the complete investigation, but I want to have that as a caveat of consideration before people run with it," the governor said.

A similar transfer of inmates from San Quentin to a prison in Kern County was delayed last week after some prisoners tested positive. Before the May 30 transfer from the California Institution for Men in Chino, the California Department of Corrections and Rehabilitation had stopped the movement of all inmates for months, limiting most outbreaks to a few of its 35 prisons.

As of Monday, 2,526 inmates at San Quentin had been tested for the coronavirus, according to department's data. About two-fifths of inmates are deemed vulnerable, according to state officials.

"We are closely monitoring and quickly responding to positive cases of COVID-19 in state prisons, including at San Quentin," corrections spokeswoman Dana Simas said in a statement.

"Additionally, we are working jointly with the court-appointed Federal Receiver on housing and treatment, as well as public health agencies and stakeholders for the safety and security of our inmates, staff and communities."

Prison officials set up tents Monday in the exterior yards as part of an effort to socially distance some of the inmates. A similar move was made at the California Institution for Men in May.

MARKETPLACE
JOBS · REAL ESTATE · MORE
latimes.com/placead
To place an ad call LA04,734-4444
Los Angeles Times

ANNOUNCEMENTS/ENTERTAINMENT 500
General Announcements

FINANCIAL SERVICES
PAY PROPERTY TAX

ATTENTION:
You'll find it here.
Los Angeles Times Classified
To advertise, call (800) 234-4444
Los Angeles Times

love is...
...a forgiving partner.

Legal Notices
LEGAL NOTICE

Employment
SALES Blue Winery

Legal Notices    Legal Notices
SUMMONS (CITACION JUDICIAL)
Case Number (Numero del Caso): 04-20-CV-00924

Los Angeles Times Classified
To advertise, call (800) 234-4444
Los Angeles Times

Los Angeles Times Classified

HOW TO PLACE AN AD
Self-service 24/7:
latimes.com/placead

Contact us by phone 24/7:
800-234-4444

ADVERTISING POLICIES
For Los Angeles Times advertising terms and conditions go to:
www.latimes.com/about/la-ads-terms-20161105-htmlstory.html

JUMBLE
THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek

REUVC
TOHOP
FNELEN
EEESDC

You're connected.

Moving your business forward

Advertise Today
LA Times Auto Classified
(800) 234-4444

Case 4:20-cv-00924   Document 10-1   Filed on 09/01/20 in TXSD   Page 6 of 17

**Los Angeles Times**

**Publication Date:** 07/12/2020

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Ad Number: | 7704466-1 |
| Insertion Number: | |
| Size: | 2 x 1 |
| Color Type: | B&W |
| Client Name: | |
| Advertiser: | The Morgan Law Firm |
| Section/Page/Zone: | Legal/B005/EAST |
| Description: | Self Service Multi-Product Purchase |

# JOBS MARKETPLACE

latimes.com/placead | To place an ad call 1.800.234.4444

**SUMMONS**
**(CITACION JUDICIAL)**

Case Number (Numero del Caso):
04:20-CV-00924

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Santiago Garcia Gutierrez, Universal Investments & Trading, LLC; United Fuel Supply SA, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
Rod Management Limited Pte. LTD

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

**AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.

Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: (El nombre y direccion de la corte es):
US District Court for the Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Forrest Dean Morgan, Esquire
Box 267
Harding, Pennsylvania 13563
213-725-4100

Date: (Fecha): 05/29/2020

David J. Bradley, Clerk (Secretario)
Carlene Hansen, Deputy (Adjunto)

**Los Angeles Times**

**Publication Date: 07/19/2020**

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Ad Number: | 7704466-1 |
| Insertion Number: | |
| Size: | 2 x 1 |
| Color Type: | B&W |
| Client Name: | |
| Advertiser: | The Morgan Law Firm |
| Section/Page/Zone: | Legal/B005/EAST |
| Description: | Self Service Multi-Product Purchase |

---

# JOBS MARKETPLACE

latimes.com/placead | To place an ad call 1.800.234.4444

**Los Angeles Times**

## SUMMONS
### (CITACION JUDICIAL)
**Case Number (Numero del Caso):**
**04:20-CV-00924**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Santiago Danco Anderson; Universal Investments, & Trading, LLC; Unified Fuel Supply CA, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
Keil Management Saint Croix, LLC

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web Site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.

Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: (El nombre y direccion de la corte es):
US District Court for the Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Forest Dean Morgan, Esquire
Box 767
Palmerton, Pennsylvania 17037
717-220-4500

Date: (Fecha) 06/29/2020

David J. Bradley, Clerk (Secretario)
Delene Hansen, Deputy (Adjunto)

Case 4:20-cv-00924 Document 10-1 Filed on 09/01/20 in TXSD Page 8 of 17

# Los Angeles Times

**Publication Date:** 07/26/2020

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Ad Number: | 7704466-1 |
| Insertion Number: | |
| Size: | 2 x 1 |
| Color Type: | B&W |
| Client Name: | |
| Advertiser: | The Morgan Law Firm |
| Section/Page/Zone: | Legal/B005/EAST |
| Description: | Self Service Multi-Product Purchase |

[Newspaper page image: Los Angeles Times Jobs Marketplace classifieds section with various employment listings, a SUMMONS (CITACION JUDICIAL) notice for Case Number 04:20-CV-00924 naming Santiago Garcia Gutierrez, Universal Investments & Trading LLC, DH Gulf Ford Family Oil LLC as defendants, with plaintiff Kan Management Sant Crust LLC; Pets section; and a Jumble word puzzle.]

Exhibit B

# HC MEDIA GROUP

HEARST corporation

## AFFIDAVIT OF PUBLICATION

### STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

THE MORGAN LAW FIRM        0034036923
RAN A LEGAL NOTICE
SIZE BEING: 2 x42 L

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |

_____
*Victoria Bond A/R Clerk*
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 29th Day of July A.D. 2020



_____
Notary Public in and for the State of Texas

United States District Court
For the
Southern District of Texas
Kazi Management St. Croix, LLC and Zubair Kazi
Plaintiff(s)

v.

Santiago Garcia Gutierrez, Universal Investments & Trading, LLC, United Duel Supple, LLC and John DOE
Defendant(s)
Civil Action No. 4:20-cv-00924
SUMMONS IN A CIVIL ACTION
To: (Defendant's name and address) Santiago Garcia Gutierrez
1111 Caroline Street, Apt 2903
Houston, TX 77010
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Morgan Law Firm
Forest Dean Morgan, Esquire
151 W. Chocolate Ave, Suite 145
PO Box 787
Hershey, PA 17033
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file you answer or motion with the court.
Date: April 29, 2020
David J. Bradley, Clerk of Court
/s/ R. A. Limon
Signature of Clerk or Deputy Clerk

Exhibit C

| Attorney or Party without Attorney: <br> Forest Dean Morgan, Esq. <br> The Morgan Law Firm <br> 151 W. Chocolate Avenue, Suite 145 <br> PO Box 767 <br> Hershey, PA  17033 <br> Telephone No: 717-220-4300     FAX No: 717-585-6574 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Southern District Of Texas

Plaintiff: Kazi Managmenet St. Croix, et al.
Defendant: Santiago Garcia Gutierrez, et al.

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 420CV00924 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Correspondence; Order Permitting Substituted Service and Continuing the Pre-Trial Conference

3. a. Party served:      Universal Investments & Trading, LLC
   b. Person served:     Valerie Flurry, Person Authorized to Accept

4. Address where the party was served:   Secretary Of State
   1500 11th Street, 3rd Floor
   Sacramento, CA  95816

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 07, 2020 (2) at: 2:35PM

7. **Person Who Served Papers:**       Fee for Service:      $200.50
   a. John M. Adams



**1500 W. El Camino Avenue, #510**
**Sacramento, CA 95833**
**855-5VALPRO, Fax (866) 900-4665**
Valpro  www.ValproAttorneyServices.com

8. I declare under penalty of perjury under the laws of the State of TEXAS and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE         (John M. Adams)        morgan.30397

# Exhibit D



## The State of Texas
### Secretary of State

2020-317990-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action in the cause styled:

Kazi Management St. Croix LLC and Zubair Kazi VS Santiago Garcia Gutierrez, Universal Investment and Trading LLC United Fuel Supply LLC and John DOE
United States District Court Southern District Of Texas
Cause No: 420CV00924

was received by this office on June 16, 2020, and that a copy was forwarded on June 22, 2020, by CERTIFIED MAIL, return receipt requested to:

United Fuel Supply SA LLC
C/O Santiago Garcia Gutierrez Registered Agent
1111 Caroline Street, Apt 2903
Houston, TX 77010

The RETURN RECEIPT was received in this office dated August 3, 2020, bearing signature.



Date issued: August 5, 2020

Ruth R. Hughs
Secretary of State
GF/vm



## The State of Texas
### Secretary of State

2020-317990-2

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action in the cause styled:

Kazi Management St. Croix LLC and Zubair Kazi VS Santiago Garcia Gutierrez, Universal Investment and Trading LLC United Fuel Supply LLC and John DOE
United States District Court Southern District Of Texas
Cause No: 420CV00924

was received by this office on June 16, 2020, and that a copy was forwarded on July 6, 2020, by CERTIFIED MAIL, return receipt requested to:

Santiago Garcia Gutierrez
1111 Caroline Stret, Apt 2903
Houston, TX 77010

The RETURN RECEIPT was received in this office dated August 3, 2020, bearing signature.



Date issued: August 5, 2020

Ruth R. Hughs
Secretary of State
GF/vm