IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI, | : : : | Civil Action No. 4:20-cv-00924 |
| Plaintiffs | : : | |
| v. | : : | |
| SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE, Defendants | : : : : : | JURY TRIAL DEMANDED |

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on March 13, 2020; that the summons and Complaint were duly served on the defendant, United Fuel Supply SA, LLC, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiffs, default is hereby entered against the defendant, United Fuel Supply SA, LLC, as provided by Rule 55(a), Federal Rules of Civil Procedure.

DAVID J. BRADLEY, CLERK

By: _____
Deputy Clerk