IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI, | : : : | Civil Action No. 4:20-cv-00924 |
| Plaintiffs | : : | |
| v. | : : | |
| SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE, Defendants | : : : : : | JURY TRIAL DEMANDED |

**ORDER OF DEFAULT JUDGMENT**

The defendants, Santiago Garcia Gutierrez, Universal Investments & Trading, LLC and United Fuel Supply SA, LLC, having failed to plead or otherwise defend in this action, and default having heretofore been entered on September 8, 2020; upon consideration Motion of Plaintiffs and upon affidavit that Defendants are indebted to Plaintiff in the principal sum of $2,759,968.69, plus interest thereon; that defendants had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum that can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiffs, Kazi Management Saint Croix, LLC and Zubair Kazi recover from the defendants, Santiago Garcia Gutierrez, Universal Investments & Trading, LLC and United Fuel Supply SA, LLC, jointly and severally, the sum of two million eight hundred nine thousand nine hundred seventy-two dollars and ninety-one cents **($2,809,972.91)** plus costs and interest according to law from the date of this judgment until the entire amount is paid.

2

Signed at Houston, Texas on this _____ day of _____, 2020.

                                                                                     BY THE COURT

                                                                      _____