IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI, Plaintiffs | : | Civil Action No. 4:20-cv-00924 |
| v. | : | |
| SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE, Defendants | : | JURY TRIAL DEMANDED |

**AFFIDAVIT OF SERVICE IN SUPPORT OF DEFAULT JUDGMENT**

I, Forest Dean Morgan, Esquire, declare under penalty of perjury the following facts are true and correct to the best of my information and belief:

1. I am the Attorney for the Plaintiffs in this action.
2. A Complaint was filed herein on March 13, 2020.
3. I certify that Defendants Santiago Garcia Guitierrez (GUTIERREZ), Universal Investments and Trading, LLC (UIT), and United Fuel Supply SA, LLC (UFS SA) were properly served as set forth in Exhibit A, B, C, and D which are attached hereto and incorporated herein by reference.
4. No response has been served within the time allowed by law, nor has any defendant sought additional time to respond.

5. This Court entered a Default against Gutierrez, UIT, and UFS SA on September 8, 2020.

Forest Dean Morgan, Esquire
PA Bar # 203088
The Morgan Law Firm
PO Box 767
Hershey, PA 17033-0767
Tel: 717-220-4300
dean@fdeanmorgan.com
Attorney for Plaintiffs

Sworn to and subscribed before me
this 16th day of September, 2020.

Notary Public

My Commission Expires: Sept 23. 2021

Commonwealth of Pennsylvania - Notary Seal
ANN G MUDGETT - Notary Public
Dauphin County
My Commission Expires Sep 23, 2021
Commission Number 1117027

# Exhibit A

**Publication Date: 07/01/2020**

| | | | |
|---|---|---|---|
| Ad Number: | 7704466-1 | Client Name: | The Morgan Law Firm |
| Insertion Number: | | Advertiser: | |
| Size: | 2 x 1 | Section/Page/Zone: | Legal/B004/LA |
| Color Type: | B&W | Description: | Self Service Multi-Product Purchase |

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

B4 WEDNESDAY, JULY 1, 2020 Los Angeles Times LATIMES.COM

# The fight for a 'good death' in racist society

AS A death doula, Alua Arthur has spent a lot of time thinking about what a "good death" means — and how race and racism affect how people die. She and others in the field recently led a public discussion about the topic.

> 'We are carrying so much right now, our burdens are different.'
>
> — ALICA FORNERET, a grief guide, referring to grief in the Black community

# Death row inmate at San Quentin dies in outbreak

## MARKETPLACE

Los Angeles Times

ANNOUNCEMENTS /ENTERTAINMENT 500

FINANCIAL SERVICES

Legal Notices

Employment

love is...

...a forgiving partner.

HOW TO PLACE AN AD

Self-service 24/7: latimes.com/placead

Contact us by phone 24/7: 800-234-4444

ADVERTISING POLICIES

JUMBLE

REUVC

TOHOP

FNELEN

EESSDC

You're connected.

Moving your business forward

Advertise Today

LA Times Auto Classified (800) 234-4444

latimes.com

Legal Notices

SUMMONS
(CITACION JUDICIAL)
Case Number (Numero del Caso): 4:20-CV-00924

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):

# Los Angeles Times

**Publication Date: 07/12/2020**

| | |
|---|---|
| Ad Number: | 7704466-1 |
| Insertion Number: | |
| Size: | 2 x 1 |
| Color Type: | B&W |

| | |
|---|---|
| Client Name: | The Morgan Law Firm |
| Advertiser: | |
| Section/Page/Zone: | Legal/B005/EAST |
| Description: | Self Service Multi-Product Purchase |

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# JOBS

MARKETPLACE

latimes.com/placead | To place an ad call 1.800.234.4444

## SUMMONS
## (CITACION JUDICIAL)
### Case Number (Numero del Caso): [illegible]

NOTICE TO DEFENDANT:
AVISO AL DEMANDADO:
[illegible]

YOU ARE BEING SUED BY PLAINTIFF:
LO ESTA DEMANDANDO EL DEMANDANTE:
[illegible]

NOTICE! [illegible]

The name and address of the court is: (El nombre y direccion de la corte es): [illegible]

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es): [illegible]

HOW TO PLACE AN AD

Self-service 24/7:
latimes.com/placead

Contact us by phone 24/7:
800-234-4444

# PETS

## JUMBLE

SANGSI

DIALSN

SMEEAS

TDOSED

RRUUMM

SAYILE

# Los Angeles Times

**Publication Date: 07/19/2020**

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | | | |
|---|---|---|---|
| Ad Number: | 7704466-1 | Client Name: | The Morgan Law Firm |
| Insertion Number: | | Advertiser: | The Morgan Law Firm |
| Size: | 2 x 1 | Section/Page/Zone: | Legal/B005/EAST |
| Color Type: | B&W | Description: | Self Service Multi-Product Purchase |

# JOBS

MARKETPLACE

latimes.com/placead | To place an ad call 1.800.234.4444

Employment

SUMMONS
(CITACION JUDICIAL)
Case Number (Numero del Caso):
4:20-CV-00924

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):

NOTICE! You have been sued.

The name and address of the court is: (El nombre y dirección de la corte es):

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Date: (Fecha)

HOW TO PLACE AN AD

Self-service 24/7: latimes.com/placead

Contact us by phone 24/7: 800-234-4444

ADVERTISING POLICIES

Rentals Senior Living

# PETS

Dogs

JUMBLE

NTOHYR

BNTETI

TAHHER

MMEAYH

UQLESE

FATALO

PRINT YOUR ANSWER IN THE CIRCLES BELOW

# Los Angeles Times

**Publication Date: 07/26/2020**

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | | | |
|---|---|---|---|
| Ad Number: | 7704466-1 | Client Name: | |
| Insertion Number: | | Advertiser: | The Morgan Law Firm |
| Size: | 2 x 1 | Section/Page/Zone: | Legal/B005/EAST |
| Color Type: | B&W | Description: | Self Service Multi-Product Purchase |

# JOBS

MARKETPLACE

latimes.com/placead | To place an ad call 1.800.234.4444

SUMMONS
(CITACION JUDICIAL)
Case Number (Numero del Caso):
4:20-CV-00924

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):

HOW TO PLACE AN AD

Self-service 24/7:
latimes.com/placead

Contact us by phone 24/7:
800-234-4444

# PETS

JUMBLE

UUTOGD

HALWET

DIBSEE

SFINOU

TNDOEE

GLUEED

# Exhibit B



MEDIA
GROUP
HEARST corporation

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personall appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published i Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was publishe to-wit:

---

THE MORGAN LAW FIRM 0034036923

RAN A LEGAL NOTICE

SIZE BEING: 2 x42 L

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 8 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 15 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 22 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |
| HOU Chronicle | Jul 29 2020 | Legal Notices | B 6 |

Victoria Bond AlRClerk

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 29th Day of July A.D. 2020

DELILAH METZGER
NOTARY PUBLIC
STATE OF TEXAS
129823618
EXPIRES
MAY 19, 2022

Notary Public in and for the State of Texas

**United States District Court**
**For the**
**Southern District of Texas**
**Kazi Management St. Croix, LLC and Zubair Kazi**
**Plaintiff(s)**
**v.**
**Santiago Garcia Gutierrez, Universal investments & Trading, LLC, United Duel Supple, LLC and John DOE**
**Defendant(s)**
**Civil Action No. 4:20-cv-00924**
**SUMMONS IN A CIVIL ACTION**
To: (Defendant's name and address) Santiago Garcia Gutierrez
1111 Caroline Street, Apt 2903
Houston, TX 77010
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Morgan Law Firm
Forest Dean Morgan, Esquire
151 W. Chocolate Ave. Suite 145
PO Box 787
Hershey, PA 17033
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file you answer or motion with the court.
Date: April 29, 2020
David J. Bradley, Clerk of Court
/s/ R. A. Limon
Signature of Clerk or Deputy Clerk

# Exhibit C

| *Attorney or Party without Attorney:* Forest Dean Morgan, Esq. The Morgan Law Firm 151 W. Chocolate Avenue, Suite 145 PO Box 767 Hershey, PA 17033 *Telephone No:* 717-220-4300 *FAX No:* 717-585-6574 | | | | *For Court Use Only* |
| --- | --- | --- | --- | --- |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court For The Southern District Of Texas | | | | |
| *Plaintiff:* Kazi Managmenet St. Croix, et al. *Defendant:* Santiago Garcia Gutierrez, et al. | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 420CV00924 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Correspondence; Order Permitting Substituted Service and Continuing the Pre-Trial Conference

*3. a. Party served:* Universal Investments & Trading, LLC
*b. Person served:* Valerie Flurry, Person Authorized to Accept

*4. Address where the party was served:* Secretary Of State
1500 11th Street, 3rd Floor
Sacramento, CA 95816

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 07, 2020 (2) at: 2:35PM

***7. Person Who Served Papers:*** *Fee for Service:* $200.50
a. John M. Adams

**1500 W. El Camino Avenue, #510**
**Sacramento, CA 95833**
**855-5VALPRO, Fax (866) 900-4665**
**www.ValproAttorneyServices.com**

***8. I declare under penalty of perjury under the laws of the State of TEXAS and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE** (John M. Adams) *morgan.30397*

# Exhibit D



# The State of Texas
## Secretary of State

2020-317990-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action in the cause styled:

Kazi Management St. Croix LLC and Zubair Kazi VS Santiago Garcia Gutierrez, Universal Investment and Trading LLC United Fuel Supply LLC and John DOE
United States District Court Southern District Of Texas
Cause No: 420CV00924

was received by this office on June 16, 2020, and that a copy was forwarded on June 22, 2020, by CERTIFIED MAIL, return receipt requested to:

United Fuel Supply SA LLC
C/O Santiago Garcia Gutierrez Registered Agent
1111 Caroline Street, Apt 2903
Houston, TX 77010

The RETURN RECEIPT was received in this office dated August 3, 2020, bearing signature.

THE STATE OF TEXAS

Date issued: August 5, 2020

Ruth R. Hughs
Secretary of State
GF/vm



# The State of Texas
## Secretary of State

2020-317990-2

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action in the cause styled:

Kazi Management St. Croix LLC and Zubair Kazi VS Santiago Garcia Gutierrez, Universal Investment and Trading LLC United Fuel Supply LLC and John DOE
United States District Court Southern District Of Texas
Cause No: 420CV00924

was received by this office on June 16, 2020, and that a copy was forwarded on July 6, 2020, by CERTIFIED MAIL, return receipt requested to:

Santiago Garcia Gutierrez
1111 Caroline Stret, Apt 2903
Houston, TX 77010

The RETURN RECEIPT was received in this office dated August 3, 2020, bearing signature.



Date issued: August 5, 2020

Ruth R. Hughs
Secretary of State
GF/vm