IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC and ZUBAIR KAZI,<br>　　　　Plaintiffs<br><br>v.<br><br>SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, and UNITED FUEL SUPPLY SA, LLC, and JOHN DOE,<br>　　　　Defendants | : : : : : : : : : : : : : | Civil Action No. 4:20-cv-00924<br><br><br><br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF DAMAGES IN SUPPORT OF
DEFAULT JUDGMENT**

I, Forest Dean Morgan, Esquire, declare under penalty of perjury the following facts are true and correct to the best of my information and belief:

1. I am the Attorney for the Plaintiffs in this action.

2. A Complaint was filed herein on March 13, 2020.

3. A Default was entered on September 8, 2020.

4. The claim of the plaintiff is for the principal sum of $2,739,789.27, plus interest from the ate of judgment as provided by law, together with the costs of this action.

5. Said claim is the result of the actions as set forth in the complaint with specific amounts being fraudulent wire transfers set forth in The Complaint as follows:

    a. May 11, 2018         $    8,000.00
    b. June 25, 2018        $225,000.00
    c. July 2, 2018         $375,000.00
    d. July 17, 2018        $270,000.00
    e. August 16, 2018      $500,000.00

1

|    |                    |              |
|----|--------------------|--------------|
| f. | August 20, 2018    | $105,000.00  |
| g. | August 31, 2018    | $ 47,789.27  |
| h. | September 7, 2018  | $400,000.00  |
| i. | January 28, 2019   | $450,000.00  |
| j. | March 13, 2019     | $125,000.00  |
| k. | April 10, 2019     | $150,000.00  |
| l. | May 28, 2019       | $ 84,000.00  |

6. My research has indicated that prejudgment interest in Texas accrues at the same rate as post-judgment interest. *International Turbine v. VASP Brazilian Airlines*, 278 F.3rd 494 (5th Cir. 2002).

7. The current judgment rate is 5.0% per annum as published by the Texas Office of Consumer Credit Commissioner, August 18, 2020, Sec. 304.003, Tex. Fin. Code.

8. Calculating a daily rate of $375.31 per day multiplied by 187 days between the date of Complaint, March 13, 2020 and September 16, 2020, the amount of pre-judgment interest is $70,183.64.

Forest Dean Morgan, Esquire
PA Bar # 203088
The Morgan Law Firm
PO Box 767
Hershey, PA 17033-0767
Tel: 717-220-4300
dean@fdeanmorgan.com

Sworn to and subscribed before me this 16th day of September, 2020.

Notary Public

My Commission Expires: Sept 23, 2021

Commonwealth of Pennsylvania - Notary Seal
ANN G MUDGETT - Notary Public
Dauphin County
My Commission Expires Sep 23, 2021
Commission Number 1117027

2