United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KAZI MANAGEMENT SAINT CROIX, ET AL., *Plaintiffs,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-0924 |
| SANTIAGO GARCIA GUTIERREX, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 3, 2021 (ECF 21) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. It is further **ORDERED** that all claims against Defendant John Doe are **DISMISSED** without prejudice.

**SIGNED** at Houston, Texas this 26th day of February, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE