United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAZI MANAGEMENT SAINT CROIX, LLC AND ZUBAIR KAZI, *Plaintiffs,* § § § § | |
| V. § § | CIVIL ACTION NO. 4:20-0924 |
| SANTIAGO GARCIA GUTIERREZ, UNIVERSAL INVESTMENTS & TRADING, LLC, UNITED FUEL SUPPLY SA, LLC AND JOHN DOE, *Defendants.* § § § § § | |

**FINAL JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Memorandum and Recommendation signed on February 26, 2021, it is hereby ORDERED that Plaintiff shall take the following against Defendants Santiago Garcia Gutierrez, Universal Investments & Trading, LLC, and United Fuel Supply SA, LLC, jointly and severally:

1. $2,739,789.27 for actual damages;
2. $13,600.00 for attorney's fees;
3. $6,579.42 for costs of service pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure;
4. $128,731.33 for prejudgment interest on actual damages at the rate of 5% from the date of filing through February 18, 2021 ($375.31 x 343 days);
5. Post-judgment interest at the rate of .07% from the date of entry of this Final Judgment until paid.

This is a FINAL JUDGMENT..

**SIGNED** at Houston, Texas this 26th day of February, 2021

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE